U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 04 2017

TONY R. MOORE, CLERK
BY _____
                 DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

DIANNE THOMAS                                    MISC. CASE NO. 17-mc-60

VERSUS                                           JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY                    MAGISTRATE JUDGE HANNA
LIMITED, ET AL


## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Dianne Thomas, as Administrator and Derivative Claimant, of the Estate of Jeffre Thomas, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___4ᵗʰ___ day of April, 2017.


REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE